FILED

2018 OCT -2  AM 10: 16

CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

United States of America

PLAINTIFF(S)

v.

Benjamin Drake Daley

DEFENDANT(S).

CASE NUMBER: 18MJ02623
3:18mj00025

**AFFIDAVIT RE OUT-OF-DISTRICT WARRANT**

The above-named defendant was charged by: Criminal Complaint
in the Western District of Virginia on 8/11-12/2017  8/27/2018
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about 8/11-12/2017
in violation of Title 18 U.S.C., Section(s) 2101 and 371
to wit: Riots and Conspiracy to Riot

A warrant for defendant's arrest was issued by: Western District of Virginia

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on 10/2/18, by

_____, Deputy Clerk.

Signature of Agent

Print Name of Agent: Jacob Mellor

Agency: FBI

Title: Special Agent

CR-52 (05/98)                AFFIDAVIT RE OUT-OF-DISTRICT WARRANT